UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAVAREE GROVES** | Docket: 3:11-CR-00199 <br><br> Judge Trauger |

**Motion GRANTED.**

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, Javaree Groves, by and through undersigned counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court for a continuance of the trial currently set for January 8, 2013 at 9:00 a.m. For cause, Counsel would state that she needs additional time to prepare his case.

Counsel now requests a continuance in this matter. A waiver of speedy trial will be filed contemporaneously with this motion.

Respectfully submitted,

s/Jennifer Lynn Thompson
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Javaree Groves
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office
(615) 246-4111 fax
nashvilleattorney@gmail.com