> Motion GRANTED. Hearing set for 5/20/13 at 2:00 p.m.
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket: 3:11-CR-00199 |
| JAVAREE GROVES | Judge Trauger |

## MOTION TO SET CHANGE OF PLEA HEARING

Comes now the Defendant, Javaree Groves, by and through undersigned counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court to set a Change of Plea Hearing in this matter. Counsel will be out of state from Thursday, May 16, 2013 through Sunday, May 19, 2013 attending a CLE seminar. Counsel has spoken to the Assistant United States Attorney, Alex Little, and both are available on Monday, May 20, 2013.

Respectfully submitted,

s/Jennifer Lynn Thompson
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Javaree Groves
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office; (615) 246-4111 fax
nashvilleattorney@gmail.com